In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of J. ALBERT MAHLSTEDT, Deceased.

NATHAN L. MILLER, as State Comptroller, Appellant; MARGARET L. MAHLSTEDT et al., as Executors, etc., Respondents.

*Matter of Mahlstedt,* 67 App. Div. 176; 69 App. Div. 620, appeals dismissed.

(Argued May 5, 1902; decided May 20, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made December 23, 1900, which reversed a decree of the Westchester County Surrogate's Court affirming the report of an appraiser in transfer tax proceedings.

Also, appeal from an order of said Appellate Division, made March 7, 1902, resettling and amending said order of reversal.

*Joseph W. Middlebrook* for appellant.

*Charles H. Young* and *J. A. Young* for respondents.

Appeals dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.